CAROLINE E. MORGENSTERN, Appellant, *v.* JACOB H. DAVIS et al., Respondents.

*Morgenstern* v. *Davis,* 59 Hun, 626, affirmed.
(Argued March 17, 1899; decided April 18, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered July 9, 1891, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Edward L. Jellinek* for appellant.

*Warren F. Miller* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., absent, and MARTIN, J., dissenting.

---

ISAAC P. POWERS, Appellant, *v.* HIRAM KNAPP, Respondent.

*Powers* v. *Knapp,* 85 Hun, 38, affirmed.
(Submitted March 17, 1899; decided April 18, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fourth judicial department, entered March 6, 1895, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*Hannibal Smith* for appellant.

*Watson M. Rogers* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur, except MARTIN and VANN, JJ., not sitting.